**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ARELIS MARIA QUINTERO,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | |
| | § | **EP-26-CV-01631-DB** |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY**, | § | |
| **Respondent.** | § | |

# ORDER

On this day, the Court considered the above captioned case. On June 17, 2026, the Court granted Petitioner Arelis Maria Quintero's "Application to Proceed in District Court Without Prepaying Fees or Costs," filed *pro se* on June 12, 2026. ECF No. 2. Therein, the Court allowed her to file her "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241," ECF No. 3, without prepaying fees or court costs. However, after reviewing the petition, the Court found the Petitioner failed to plead sufficient facts demonstrating she is being held in violation of the Constitution or the laws of the United States. ECF No. 5. Rather than dismissing her Petition at that time, the Court afforded Petitioner 30 days to file an amended petition or hire an attorney. *Id.* Petitioner took no further action. After due consideration, the Court dismisses this action without prejudice.

Accordingly, **IT IS HEREBY ORDERED** Petitioner Arelis Maria Quintero's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241," ECF No. 3, is **DISMISSED WITHOUT PREJUDICE.**

**SIGNED** this **27th** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**